**Dismissed and Memorandum Opinion filed December 12, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00865-CV

---

**MARILYN WHITE, Appellant**

**V.**

**PHARIA, LLC, Appellee**

---

### On Appeal from the County Court at Law No. 4
### Fort Bend County, Texas
### Trial Court Cause No. 10-CCV-041436

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed August 27, 2013. The notice of appeal was filed September 25, 2013. The clerk's record was due October 28, 2013, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

In addition, our records show that appellant has neither established indigence

nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On October 17, 2013, this court notified appellant that the appellate filing fee was past due and the appeal was subject to dismissal unless she paid the filing fee in ten days. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

On November 19, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record, paid the appellate filing fee, or filed any other response to this court's notices. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.